IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-01566-MSK-NYW | Date: | September 15, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| JORGE BASULTO, | *John Mark Baird* |
| **Plaintiff,** | |
| v. | |
| EXACT STAFF, INC., | *Kathleen June Mowry* |
| ELECTRONIC RECYCLERS INC., | |
| **Defendants** | |

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

Court in Session:  9:03 a.m.

Appearance of counsel. Spencer Kontnik appears with Ms. Mowry.

Parties discuss status of settlement efforts.

Each side is allowed:

Ten (10) depositions; including experts, no deposition may exceed one day of seven hours;
Twenty-five (25) interrogatories, including discrete subparts;
Twenty-five (25) requests for production of documents;
Twenty-five (25) requests for admissions, excluding those used for authentication.

Deadline for joinder of parties and amendment of pleadings: November 30, 2015.

Discovery cut-off: March 15, 2016.

Dispositive motion deadline: April 15, 2016.

Each side may designate no more than two (2) testifying expert witnesses.
All parties shall designate principal experts on or before: January 4, 2016.
All parties shall designate rebuttal experts on or before: February 4, 2016.

Deadline to serve interrogatories, requests for production of documents, and requests for admissions: 45 days prior to discovery cut-off.

Parties discuss if a protective order will be necessary in this case. A proposed protective order is due on or before October 5, 2015. The parties shall submit their proposed order, including a copy of the proposed order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov.

Parties discuss duplicative motions to dismiss.

**ORDERED: Defendant Exact Staff, Inc.'s Motion to Dismiss Plaintiff's Complaint Based on Plaintiff's Failure to State a Claim Upon Which Relief Can Be Granted [12] is DENIED as MOOT, in light of the filing of the Motion to Dismiss [13] which is the operative motion.**

Parties should follow the practice standards of the presiding judge in all filings for this case.

The Honorable Marcia S. Krieger will set Trial, Trial Preparation Conference and Final Pretrial Conference dates by minute order after dispositive motions are determined. If no dispositive motions are filed, the parties shall contact Judge Krieger's chambers no later than 10 days of the dispositive motions deadline to obtain trial dates. Failure to do so may result in the case being dismissed.

Parties are advised of Magistrate Judge Wang's informal discovery dispute process. Before filing discovery motions, counsel are instructed to comply with D.C.Colo.LCivR 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, parties shall initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is simple, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal discovery conference. Parties may need to submit materials to chambers. Parties are not barred from filing a formal motion, unless the court rules during the informal conference.

The Proposed Scheduling Order is approved and entered with interlineations made by the court.

Court in Recess:  9:15 a.m.             Hearing concluded.             Total time in Court:  00:12