**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01566-MSK-NYW

JORGE BASULTO,

    Plaintiff,

v.

EXACT STAFF, INC., and
ELECTRONIC RECYCLERS, INC.,

    Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court on the Motion to Withdraw as Counsel for Defendant Electronic Recyclers, Inc. ("First Motion to Withdraw") [#56, filed March 1, 2016] and the Notice of Withdrawal of Kathleen J. Mowry, Esq. as Counsel for Defendant Electronic Recyclers, Inc. ("Second Motion to Withdraw") [#60, filed March 2, 2016]. These matters were referred to this Magistrate Judge pursuant to the Order of Reference dated July 24, 2015 [#4] and the memoranda dated March 1, 2016 [#57] and March 2, 2016 [#62]. Attorney Kathleen Mowry seeks to withdraw her representation of Defendant Electronic Recyclers, Inc., who will continue to be represented by Cortney Shegerian and Anthony Nguyen. Ms. Mowry will remain as counsel for Defendant Exact Staff, Inc.

    **IT IS ORDERED**:

1. The Second Motion to Withdraw [#60] is **GRANTED**;
2. The First Motion to Withdraw [#56] is **DENIED AS MOOT**; and
3. Kathleen Mowry is granted leave to withdraw from the representation of Defendant Electronic Recyclers, Inc; she will remain on the electronic service as to Defendant Exact Staff, Inc.

DATED: March 2, 2016